IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARISSIA HOWELL, | | |
| | Plaintiff, | No. 04-03650 SBA EDL |
| v. | | **ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY** |
| AUGUSTINO TARANTINO, | | |
| | Defendants. | |

On September 7, 2005, Plaintiff's counsel requested that his client be allowed to appear telephonically at the settlement conference set for September 21, 2005 at 9:00 a.m. Defendant does not object to the request. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution. The Court disfavors telephonic appearances because the technology prevents the Court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length. Accordingly, the parties shall only speak in response to a direct question from the Court and shall pause at regular intervals to allow the Court to comment on the information presented. If the Court wishes a rebuttal from the opposing party, the Court shall inform the party from whom information is requested. No party shall attempt to present information without a request from the Court. If the parties cannot follow the rules set forth in this order, or at the first sign of improper decorum, the telephonic appearance will be terminated and a new settlement conference date will be set for personal appearances.

//

//

//

//

1  Counsel shall stand by beginning at the date and time above until called by the Court. No later
2  than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to
3  provide the Court with a direct dial number to call on for this appearance.

Dated: September 13, 2005

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge