UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARISSIA HOWELL

    Plaintiff(s),

  v.

AUGUSTINO TARANTINO

    Defendant(s).
_____/

No. 04-03650 SBA (EDL)

AMENDED ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated September 7, 2005, plaintiff Larissia Howell ("Plaintiff") requested to be excused from personally appearing at the settlement conference scheduled for September 21, 2005. Defendants do not object to the request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Plaintiff be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on September 21, 2005.

If the Court concludes that the absence of Plaintiff is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Plaintiff.

**SO ORDERED.**

Dated: September 14, 2005

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge