UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARISSIA HOWELL

    Plaintiff(s),                        No. 04-03650 SBA (EDL)

  v.                                     ORDER EXCUSING ATTENDANCE
                                          AT SETTLEMENT CONFERENCE

AUGUSTINO TARANTINO

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated September 13, 2005, defendants Augustino and Linda Tarantino ("Defendants") requested to be excused from personally appearing at the settlement conference scheduled for September 21, 2005. A knowledgeable claims adjuster from Defendants' insurer with full authority to settle this case will attend the conference personally. Plaintiff does not object to the request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendants be available by telephone from 9:00 a.m. Pacific Standard Time until further notice on September 21, 2005.

If the Court concludes that the absence of Defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Defendants.

**SO ORDERED.**

Dated: September 14, 2005

                                                                     *Elizabeth D. Laporte*
                                                             ELIZABETH D. LAPORTE
                                                             United States Magistrate Judge